UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60544-CIV-DIMITROULEAS/SNOW

JULIUS SEILER,

Plaintiff,

vs.

HERON LAKES CENTER LLC, and LEFTY'S TAVERN AT CORAL SPRINGS, INC. d/b/a LEFTY'S TAVERN & GRILLE,

Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal With Prejudice [DE 18], filed herein on June 24, 2016. The Court has considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE**;
2. All pending motions are **DENIED AS MOOT**.
3. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of June, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record